1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12 TZOY SAECHAO,                      )
                                      )
13        Plaintiff,                  )   CIVIL NO. 2:11-cv-0550 GGH
                                      )
14        v.                          )   **MOTION FOR EXTENSION OF TIME**
                                      )   **AND PROPOSED ORDER**
15                                    )
   MICHAEL J. ASTRUE,                 )
16 Commissioner of                    )
   Social Security,                   )
17                                    )
          Defendant.                  )
18 _____)

19
        Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant
20
   until September 28, 2011 within which to file his response to Plaintiff's Opening Brief (the responsive
21
   brief is originally due on August 29, 2011). This Order is sought on the grounds that the undersigned
22
   needs additional time to respond to Plaintiff's arguments.
23
        On August 29, 2011, the undersigned emailed Plaintiff's attorney about his position on this
24
   extension request. At the time of filing, the undersigned had not received any response.
25
   ///
26
   ///
27

28

Respectfully submitted,

Dated: August 29, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: <u>September 1, 2011</u>

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

SAECHAO.0550.eot.wpd