BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TZOY SAECHAO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-0550 GGH<br><br>**MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

    Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant until September 28, 2011 within which to file his response to Plaintiff's Opening Brief (the responsive brief is originally due on August 29, 2011). This Order is sought on the grounds that the undersigned needs additional time to respond to Plaintiff's arguments.

    On August 29, 2011, the undersigned emailed Plaintiff's attorney about his position on this extension request. At the time of filing, the undersigned had not received any response.

///

///

                                                Respectfully submitted,

Dated: August 29, 2011              BENJAMIN B. WAGNER
                                          United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            /s/ *Shea Lita Bond*
                                            SHEA LITA BOND
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: September 1, 2011

                                         /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

SAECHAO.0550.eot.wpd