BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TZOY SAECHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-550 GGH<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, Appeals Council will issue a fully favorable decision finding Plaintiff disabled as of January 18, 2007, the date of his application for Supplemental Security Income.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: September 26, 2011        /s/ *John V. Johnson*
                                        (As authorized via email)
                                        JOHN V. JOHNSON
                                        Attorney for Plaintiff

Dated: September 26, 2011       BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        /s/ *Shea Lita Bond*
                                        SHEA LITA BOND
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: October 17, 2011

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Saechao0550.rem