1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney
         333 Market Street, Suite 1500
5        San Francisco, California 94105
         Telephone: (415) 977-8934
6        Facsimile: (415) 744-0134
         E-Mail: Shea.Bond@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TZOY SAECHAO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-550 GGH<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, Appeals Council will issue a fully favorable decision finding Plaintiff disabled as of January 18, 2007, the date of his application for Supplemental Security Income.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 26, 2011 | /s/ *John V. Johnson* <br> (As authorized via email) <br> JOHN V. JOHNSON <br> Attorney for Plaintiff |
| Dated: September 26, 2011 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Shea Lita Bond* <br> SHEA LITA BOND <br> Special Assistant U.S. Attorney |

IT IS SO ORDERED:

Dated: October 17, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Saechao0550.rem